UNITED STATES of America, Plaintiff—Appellee,

Ghassan Al–Yasin, Claimant— Appellant,

v.

$178,208.35 IN U.S. CURRENCY, Defendant.

No. 03–57220.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 14, 2005.

Michele C. Marchand, Esq., USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

David A. Katz, Katz & Associates, Beverly Hill, CA, for Claimant–Appellant.

Before: SILVERMAN and CALLAHAN, Circuit Judges, and DUFFY,** Senior Judge.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Jeremy D. Fogel, United States District Judge for the Northern District of California, sitting by designation.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Kevin T. Duffy, Senior District Judge, Southern District of New York, sitting by designation.

MEMORANDUM \*\*\*

Assuming *arguendo* that Al–Yasin established that his failure to file his response on time was excusable, his motion nevertheless failed to demonstrate that he had a meritorious defense. *Casey v. Albertson's*, 362 F.3d 1254, 1260 (9th Cir. 2004). The motion does no more than express counsel's belief that the late-filed opposition to the motion for summary judgment would have precluded summary judgment. This is insufficient. The district court did not abuse its discretion in denying the motion.

AFFIRMED.

---

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

